NUMBER 13-03-340-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

CHARLES JAMES CHATHAM,                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the County Court at Law of Calhoun County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Opinion Per Curiam

         Appellant, CHARLES JAMES CHATHAM, perfected an appeal from a judgment
entered by the County Court at Law of Calhoun County, Texas, in cause number 02-CR-242. The appellant has filed an agreed motion to dismiss the appeal. In the
motion, appellant states that he and the State have reached an agreement regarding
the disposition of the case.
         The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that appellant's agreed motion to dismiss the
appeal should be granted. Appellant's agreed motion to dismiss the appeal is granted,
and the appeal is hereby DISMISSED.
                                                                        PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 29th day of April, 2004.